1

2

3

4

5

6                              IN THE UNITED STATES DISTRICT COURT

7

8                            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   IMTX STRATEGIC LLC,

                                                      No. C 15-00592 JSW
10           Plaintiff,                                No. C 15-00593 JSW
                                                      No. C 15-00594 JSW
11       v.                                           No. C 15-00595 JSW
                                                      No. C 15-00596 JSW
12   VIMEO LLC,                                       No. C 15-00597 JSW
     SPOTIFY USA INC.,                                No. C 15-00598 JSW
13   RHAPSODY, INC.                                   No. C 15-00599 JSW
     HOME BOX OFFICE, INC.
14   HULU, INC.
     NETFLIX, INC.                                    **ORDER REGARDING ISSUE OF**
15   VERIZON COMMUNICATIONS, INC., AND                **STAY**
     VUDU INC.,
16
             Defendants.
17
     _____/
18

19          The Court has received the parties' joint case management statement.  In that statement,

20   the parties raise a dispute regarding the issue of a potential stay of this case, and they state that

21   they "anticipate discussing these issues with the Court at the conference on June 12."  (Joint

22   Case Management Statement at 6:9-10.)  The Court, in general, does not discuss substantive

23   legal issues that are more properly addressed by way of motion practice at case management

24   conferences.  Therefore, if there is a dispute over whether all or some of these matters should be

25   stayed, the Court will address that issue by way of a properly noticed motion or motions.

26   //

27   //

28   //

**United States District Court**
For the Northern District of California

The parties shall be prepared to discuss a potential hearing date and briefing schedule for such a motion or such motions.

**IT IS SO ORDERED.**

Dated: June 8, 2015

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

2